U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 15 2005

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GARY WOODS,<br>  PETITIONER,<br><br>vs.<br><br>COLE JETER, WARDEN,<br>FMC-FORT WORTH,<br>  Respondent. | § § § § § § § § § |

Civil Action No. 4:05-CV-097-P

## ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 15th day of July, 2005.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE